<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6096**

———————

CHARLES EVERETTE HINTON,

        Plaintiff – Appellant,

    v.

MICHAEL W. HENDERSON; PETER S. GILCHRIST; TERESA BROADWAY;
ANDREW RUDGERS, Probation Officer,

        Defendants – Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Dennis L. Howell,
Magistrate Judge. (3:10-cv-00505-RJC-DLH)

———————

Submitted: March 31, 2011         Decided: April 6, 2011

———————

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles Everett Hinton, Appellant Pro Se. Sean Francis Perrin,
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte, North
Carolina; Grady L. Balentine, Jr., Special Deputy Attorney
General, Raleigh, North Carolina; Oliver Gray Wheeler, OFFICE OF
THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Everette Hinton seeks to appeal the magistrate judge's order denying his motion to amend his 42 U.S.C. § 1983 (2006) complaint to add an additional defendant. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Hinton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Hinton's request for counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED